MARY D. YOUNGS, as Administratrix of FREDERICK A. YOUNGS, Deceased, Appellant, *v.* NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.

*Young* v. *N. Y., Ontario & W. R. R. Co.,* 77 Hun, 612, affirmed: (Argued November 23, 1897 ; decided December 14, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered May 26, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit, and also affirmed an order denying a motion for a new trial.

*P. C. J. De Angelis* for appellant.

*Howard D. Newton* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur, except MARTIN, J., who takes no part.

---

CASPER G. DECKER, as Receiver of the Property of FRANCIS G. HALL, Appellant, *v.* WILLIAM S. CARR et al., Executors of SAMUEL S. HAMLIN, Deceased, et al., Respondents.

*Decker* v. *Carr,* 11 App. Div. 432, affirmed.
(Argued November 24, 1897; decided December 14, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 8, 1896, which affirmed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*David B. Hill* for appellant.

*Charles J. Bissell* and *John A. Reynolds* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur, except GRAY, O'BRIEN and HAIGHT, JJ., who dissent.